# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 6, 2007

133146

GLENN WILLIAMS,
          Plaintiff-Appellee,

v

CHELSEA COMMUNITY
HOSPITAL, and WILLIAM R.
LEE, M.D.,
          Defendants-Appellants,

and

EMERGENCY PHYSICIANS
MEDICAL GROUP, and
PATRICK MUNSON, M.D.,
          Defendants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133146
COA: 261946
Washtenaw CC: 01-001416-NH

On order of the Court, the application for leave to appeal the December 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 6, 2007

_____
Clerk